JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY EDWIN MILES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STEVEN LANGFORD, WARDEN,<br><br>　　　　Respondent. | Case No. CV 17-6739-CAS (PJW)<br><br>J U D G M E N T |

For the reasons set forth in the order filed this date, it is hereby adjudged and decreed that the Petition is DISMISSED WITH PREJUDICE.

DATED: September 25, 2017.

　　　　　　　　　　　　　　　　　／s／ Christina A. Snyder
　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE